**LOVELL v. NATIONWIDE MUTUAL INS. CO.**

[334 N.C. 682 (1993)]

GAIL LOVELL, Administratrix of the Estate of Allison Lovell, Deceased v.
NATIONWIDE MUTUAL INSURANCE COMPANY

No. 41A93

(Filed 8 October 1993)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 108 N.C. App. 416, 424 S.E.2d 181 (1993), which affirmed the trial court's denial of defendant's motion for a new trial based upon the excessive amount of the punitive damages awarded by the jury. Defendant's petition for discretionary review as to additional issues allowed by the Supreme Court 7 April 1993. Heard in the Supreme Court 17 September 1993.

*DeVore and Acton, P.A., by William D. Acton, Jr., and Fred W. DeVore, III, for plaintiff-appellee.*

*Kennedy Covington Lobdell & Hickman, by Wayne Huckel, for defendant-appellant.*

PER CURIAM.

As to the issue on direct appeal based on the dissenting opinion of Walker, J., we affirm the decision of the Court of Appeals. We conclude that the petition for discretionary review as to additional issues was improvidently allowed.

AFFIRMED IN PART; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED IN PART.